# EXHIBIT A



U. S. Department of State

## INDIVIDUAL ACKNOWLEDGMENT CERTIFICATE

**VENUE**

Iraq
_____
(Country)

_____
(State, Province, etc.)

Baghdad
_____
(City)                                        ss.

U.S. Embassy Baghdad
_____
(Name of consular post)

I certify that on this day the individual named below appeared before me and
acknowledged to me that the attached instrument was executed freely and voluntarily.

Dr. Manjid S. AlRezali
_____
(Typed Name of Individual

_____
(Signature of Consular Officer)

Jennifer Tierney
_____
(Typed Name of Consular Officer)

Consul
_____
(Title of Consular Officer)

12-15-2009
_____
Date (mm-dd-yyyy)

(SEAL)

DS-1986
06-2006

USAO_028484

CERTIFICATION FOR RECORDS OF REGULARLY CONDUCTED ACTIVITY

(1)   My name is _Munjed S. Al Rejabi_

(2)   I work at [name and address of government office or facility] _Ministry of health._ _Baghdad_ _MLI_ _Medicolegal Institute_

in the position of _D.G._ _(Director General)._

(3)   I have examined the records of the above-facility for any death certificates for deaths that occurred on September 16 and 17, 2007.

(4)   Attached to this Certification are such death certificates bearing the following Bates numbers:

1.  USAO_018356
2.  USAO_018357
3.  USAO_028458
4.  USAO_013089
5.  USAO_018368
6.  USAO_018369
7.  USAO_018367
8.  USAO_013060
9.  USAO_028412
10. USAO_013076
11. USAO_028433
12. USAO_028462
13. USAO_013069
14. USAO_028361

(5)   I certify that these records were made at or near the time of the events they describe, and that the information contained in these records was recorded by (or from information transmitted by) a person who had knowledge of the information contained in the records.

(6)   I further certify that these records are kept in the course of a regularly conducted business activity of [name of government office or facility] _Min. of health (Medicolegal Institute)_

(7)   I further certify that it is the regular practice of this office or facility to record such information and maintain such records.

(8)   I further certify that the attached records are true and correct duplicates of the originals.

I attest that the information contained in this Certification is the truth.   I understand that any false statements made in this Certification may subject me to criminal prosecution in Iraq pursuant to the Penal Code of the Republic of Iraq.

USAO_028485

Signed: _____ [SIGNATURE]

15 12 09

Sworn to or affirmed before me, this 15th day of December , 2009.



[signature]

Jennifer Tierney                     [typed or printed name]
Vice Consul
U.S. Embassy-Baghdad                 [official title]

_____                     [office/agency]

| Iraq | } | |
|------|---|---|
| City of Baghdad | } | SS. |
| Embassy of the United States | } | |
| of America | } | |

USAO_028486