# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Crim. No. CR-14-107 (RCL)** |
| v. ) | |
| ) | |
| **NICHOLAS A. SLATTEN,** ) | **Judge Royce C. Lamberth** |
| ) | |
| **Defendant.** ) | |

## DEFENDANT NICHOLAS SLATTEN'S
## MOTION TO SCHEDULE A STATUS CONFERENCE

Defendant Nicholas Slatten, through undersigned counsel, respectfully moves the Court to schedule a status conference at the Court's earliest convenience. Counsel for Mr. Slatten has conferred with the Government, and the Government does not oppose this request. Counsel for both parties are available next week only on November 21, 2017, if convenient for the Court; otherwise, they will make themselves available at the Court's request. In support of this motion, Mr. Slatten states as follows:

1. On August 8, 2017, the United States Court of Appeals for the District of Columbia Circuit vacated Mr. Slatten's conviction and remanded his case for a new trial. The same day, the Court of Appeals issued an order directing the clerk to withhold the issuance of the mandate until seven days after disposition of any timely petition for rehearing.

2. On September 25, 2017, the government filed a petition seeking panel rehearing or an *en banc* rehearing of the court's ruling vacating Mr. Slatten's conviction.

3. On November 6, 2017, the Court of Appeals denied the government's petition for panel rehearing and its petition for rehearing *en banc*.

2

4. On November 16, 2017, the Clerk for the Court of Appeals issued the mandate, returning this case to this Court's jurisdiction.

5. Mr. Slatten requests a status conference for the purpose of addressing scheduling issues and his pretrial conditions of release.

6. Mr. Slatten waives his appearance for purposes of this scheduling conference.

Dated: November 16, 2017                           Respectfully submitted,

                                                                                   /s/ Steven Fredley
Thomas G. Connolly (No. 420416)
Steven A. Fredley (No. 484794)
Jared P. Marx (No. 1008934)

HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301

*Counsel for Nicholas Slatten*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2017, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record for the parties.

/s/ Steven Fredley